```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


ROBIN L. TUCK,                      )
     Plaintiff,                     )
                                    )
                                    )
                                    )
     V.                             )   C.A.04-11612-JLT
                                    )
KRINER CASH, ET AL                  )
     Defendants.                    )
```

DISMISSAL

TAURO,D.J.

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action is hereby dismissed without prejudice.

By the Court,

/s/

Zita Lovett,
DEPUTY CLERK

Date: September 20, 2005